IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:18-CR-235-SDJ-KPJ |
| | § |
| JASON RODRIGUEZ | § |
| | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 20, 2024, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #52) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months with twenty-four (24) months of supervised release to follow. The Magistrate Judge further recommended that the first twelve (12) months of supervised release be served at an in-patient treatment facility, and the remaining twelve (12) months be served under the same conditions as those under which he was originally released. Additionally, the Magistrate Judge recommended that Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #52) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #51), the Court is of the opinion

that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months with twenty-four (24) months of supervised release to follow. The first twelve (12) months of supervised release shall be served at an in-patient treatment facility, and the remaining twelve (12) months shall be served under the same conditions as those under which he was originally released. Additionally, the Court recommends Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 23rd day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE