# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § § § | **NO. 4:18-CR-235-SDJ-BD** |
| **JASON RODRIGUEZ** | § | |

## REPORT AND RECOMMENDATION
## ON DEFENDANT'S COMPETENCY

This matter is before me under 28 U.S.C. § 636(b) and the local rules of this court.

On July 22, 2025, the defendant's counsel requested a psychiatric or psychological exam to determine if the defendant was suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Dkt. 71; *see* 18 U.S.C. § 4241. The court granted that motion. Dkt. 72. The defendant was subsequently evaluated by licensed psychologist Lisa Bellah in Fort Worth, Texas. The sealed report concludes that Mr. Rodriguez is competent. Dkt. 74.

The court held a competency hearing on October 14, 2025. At the hearing, the defendant appeared in court with his counsel, Ryne Sandel. Mr. Sandel did not present any objections to the competency report, and neither party objected to the admissibility of the report.

The court concludes that the defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. He has a rational and factual understanding of the proceedings against him and has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding. *See Dusky v. United States*, 362 U.S. 402, 402 (1960).

## RECOMMENDATION

It is **RECOMMENDED** that the court find the defendant competent to appear at a final hearing on the petition for revocation of his supervised release.

## OBJECTIONS

Under 28 U.S.C. § 636(b)(1)(c), any party has the right to file objections to this report and recommendation. Objections must: (1) be in writing, (2) specifically identify those findings or recommendations to which the party objects, and (3) be served and filed within 14 days after service of this report and recommendation. A party who objects to this report is entitled to a de novo determination by the United States District Judge of those proposed findings and recommendations to which a specific objection was timely made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

A party's failure to file specific, written objections to the proposed findings of fact and conclusions of law contained in this report within 14 days of being served with a copy of this report bars that party from: (1) entitlement to de novo review by the United States District Judge of the findings of fact and conclusions of law, *see Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988); and (2) appellate review, except on grounds of plain error, of any such findings of fact and conclusions of law accepted by the United States District Judge, *see Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, at 1428–29 (5th Cir. 1996) (en banc).

So **ORDERED** and **SIGNED** this 14th day of October, 2025.

_____
Bill Davis
United States Magistrate Judge