**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:18-CR- |
| | § | 00235-SDJ-BD-1 |
| JASON RODRIGUEZ | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The Government and Defendant did not reach a plea agreement at the final revocation hearing, and the case proceeded to hearing on February 5, 2026, before the United States Magistrate Judge. The United States Magistrate Judge found that Defendant violated allegations 2-6 of the Petition for Warrant or Summons for Offender Under Supervision (Dkt. #58, Sealed). The United States Magistrate Judge determined that Defendant presents a danger to the community and himself based on evidence that Defendant absconded from March 23, 2025, to May 5, 2025, previously violated similar conditions of release, and has a continued history of drug use.

Defendant did not waive allocution before the Court, or his right to object to the report of the Magistrate Judge. Thus, on March 25, 2026, Defendant appeared before the Court for an allocution hearing. After considering the Report and

Recommendation, as well as Defendant's allocution, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in a Bureau of Prisons medical facility in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 2nd day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE